NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000994
12-JUN-2015
08:19 AM

NO. CAAP-12-0000994

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

PLR, INC., Plaintiff-Appellant, v.
TICOR TITLE INSURANCE COMPANY, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-0407)

ORDER APPROVING THE JUNE 9, 2015
STIPULATION FOR DISMISSAL WITH PREJUDICE
(By: Fujise, Presiding Judge, Leonard and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal With Prejudice filed on June 9, 2015 and the record, it appears that (1) the stipulation is dated and signed by counsel for all parties; (2) the parties seek to dismiss the appeal pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b); and (3) the parties agree to bear their own costs and fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice. The parties shall bear their own costs and fees.

DATED: Honolulu, Hawai'i, June 12, 2015.

Presiding Judge

Associate Judge

Associate Judge